**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00104-CV

### CPM TRUST, ET AL., Appellants

### V.

### CITY OF PLANO, ET AL, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03394-2011**

## ORDER

We **GRANT** appellants' April 29, 2014 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief on or before May 19, 2014. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE